IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WASEEM DAKER, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00087-TES-MSH |
| | * |
| CLERK JUANITA M LAIDLER, et al., | |
| | * |
| Defendants. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated November 16, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of November, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk