# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **WASEEM DAKER,**<br><br>*Plaintiff,*<br><br>v.<br><br>Clerk **JUANITA M. LAIDLER,** Chief Deputy Clerk **CRYSTAL CARTER,** and **MACON COUNTY SUPERIOR COURT,**<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:21-cv-00087-TES-MSH** |

## ORDER REOPENING CASE

Having received Plaintiff Waseem Daker's Objection [Doc. 8] dated November 8, 2021, to the United States Magistrate Judge's Report and Recommendation [Doc. 3], the Court **VACATES** its Order Adopting the United States Magistrate Judge's Report and Recommendation [Doc. 6] and Judgment [Doc. 7]. The Court will take Plaintiff's Objection under advisement. The Clerk of Court is **DIRECTED** to reopen this case.

**SO ORDERED**, this 30th day of November, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
